## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CAROL PRINGLE

**CHAPTER 13 CASE NO. 10-15280**

### AGREED ORDER WITHDRAWING OBJECTION TO CONFIRMATION
### OF CHAPTER 13 PLAN

COMES NOW the Debtor, **CAROL PRINGLE**, by and through his counsel of record,

and Creditor, **INTERNAL REVENUE SERVICE (IRS)**, by and through its counsel of record,

and the Court, after being fully advised of the premises and finding that the parties are in

agreement, finds as follows to-wit:

1.      That Debtor filed a Voluntary Motion to Dismiss his Chapter 13 Bankruptcy

matter on December 28, 2010.

2.      That due to Debtor's Voluntary Motion to Dismiss his Chapter 13 Bankruptcy

matter, IRS' Objection to Confirmation of Debtor's Chapter 13 Plan is rendered moot, and the

parties agree that said objection shall be withdrawn.

ORDERED, ADJUDGED & DECREED this the _____ day of _____,

2011.

                                                  _____
                                                  **U.S. BANKRUPTCY JUDGE**

AGREED:

_____
Jon F. Carmer, Jr., MSB # 102931
Attorney for Debtor

_____
Ralph Dean, MSB #  6010
Attorney for IRS